ORDERED UNSEALED on 03/13/2026 s/ RC

~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BUHROOZ MEWLUD,<br>Defendant | Case No.: 26mj1222<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm;<br>Title 21, U.S.C., Sec. 841(a)(1) – Possession of Fentanyl with Intent to Distribute;<br>Title 18, U.S.C., Sec. 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 2, 2026, within the Southern District of California, defendant BUHROOZ MEWLUD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded 9mm Glock 26 handgun bearing serial number BSRL416; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about March 2, 2026, within the Southern District of California, Defendant BUHROOZ MEWLUD did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

COUNT THREE

On or about March 2, 2026, within the Southern District of California, defendant BUHROOZ MEWLUD, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Fentanyl with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count One of this Complaint, did knowingly possess a firearm, to wit: a loaded 9mm Glock handgun bearing serial number BSRL416; in violation of Title 18, United States Code, Section 924(c)(1).

Sean Davis

Sean Davis
Bureau of Alcohol, Tobacco, Firearms and Explosives
Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of March, 2026.

Jill Burkhardt

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I have learned the following information from having spoken to and read the reports prepared by other law enforcement officers, as well as my own observations during this investigation. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about March 2, 2026, at approximately 7:45 p.m., El Cajon Police Department (ECPD) officers executed a California state search warrant at the "Relax Inn and Suites" located at 1220 West Main Street Unit #107 in the city of El Cajon, California. The location set forth in the search warrant was the known location of BUHROOZ MEWLUD. Prior to the search, officers were aware that MEWLUD had been convicted of multiple felonies and, as part of his sentence, was prohibited from possessing firearms and ammunition.

During the execution of the search warrant, officers found 6 people in the room, including MEWLUD. MEWLUD was the registered guest for the room and, prior to the search, surveillance had been conducted on the room for approximately 8 hours. During the surveillance, officers observed MEWLUD exiting the and entering the room at will and getting a replacement key card from the motel management. The 5 other individuals were determined to be visitors to the room and released.

During the search of the hotel room occupied by MEWLUD, officers noticed a disturbed drop ceiling tile near the bathroom. Officers removed the tile and, in the ceiling, officers discovered a clear plastic bag containing approximately 100 grams of a white powdery substance that field tested positive for fentanyl; a plastic baggie; a digital scale; a replica firearm; a 9mm Glock 26, bearing serial number BSRL416, loaded with a magazine containing 10 rounds of 9mm ammunition; an additional Glock magazine containing 10 rounds of 9mm ammunition; a box containing approximately 35 rounds of 9mm ammunition; and approximately 39 rounds of .223 ammunition. A further search of the room located an additional scale that was covered with a white powdery substance. Officers also located men's clothing in the room that MEWLUD later stated belonged to him. Also

located on a dresser in the room was a wallet that contained a credit card with MEWLUD's name on it.

MEWLUD was placed under arrest and was transferred back to ECPD headquarters for further processing. During a search of MEWLUD's person following his arrest, officers discovered $2,188 in U.S. currency in his possession.

While MEWLUD was at ECPD headquarters, investigators conducted a post-*Miranda* interview. During the interview MEWLUD admitted that it was his motel room, and that he was given the firearm by an ex-girlfriend. MEWLUD stated that he knew he was a convicted felon and was not allowed to possess firearms. MEWLUD stated that he needed the gun for protection due to his current status as a "Crip 47" gang member. MEWLUD also stated that he was not gainfully employed and only receives a monthly disability payment of around $2,000 USD.

A records check of BUHROOZ MEWLUD revealed the following felony convictions:

| **Conviction Date** | **Court of Conviction** | **Charge** | **Imprisonment** |
|---|---|---|---|
| 1/31/2006 | SD Superior | Take Vehicle w/o consent – 10851(A) (Felony)) | 3 years' probation, 72 days' jail |
| 8/8/2008 | SD Superior | Use/Under Infl of Cntld Sub – 11550 (Misdemeanor) | 3 years' probation<br>1 day jail |
| 12/10/2018 | SD Superior | Cnt 1 - Possess Cntld Sub for Sale – 11378 (Felony);<br>Cnt 2 – Obstruct Public Ofc. – 148(A)(1) (Misdemeanor);<br>Cnt. 3 – Failure to Appear – 1320.5 (Felony) | Cnt. 1 - 2 years' prison<br>Cnt. 2 - 180 days jail |
| 11/14/2019 | SD Superior | Possess Cntld Sub for Sale – 11378 (Felony) | 2 years' prison |

| | | | |
|---|---|---|---|
| 8/31/2021 | SD Superior | Evade Peace Ofc.: Disregard Safety – 2800.2(A) (Felony) | 8 months' prison |
| 8/31/2021 | SD Superior | Possess Cntld Sub for Sale – 11351 (Felony) | 4 years' prison |

The firearm and ammunition were seized and inspected. Preliminary checks revealed that the firearm and ammunition was not manufactured in California; therefore, it traveled in and/or affected interstate commerce to be seized in California.

Based on my training and experience, the amount of fentanyl seized from MEWLUD's room is a distributable quantity. This conclusion is further supported by a review of the totality of the evidence seized. The multiple digital scales, the plastic baggie, firearms and ammunition, and the large amount of U.S. currency possessed by MEWLUD is consistent with the distribution of controlled substances and the receipt of cash proceeds in return. In my experience, individuals involved in drug trafficking will frequently possess a firearm to protect themselves, their drugs, and the proceeds of drug sales. In this case, the firearm MEWLUD admitted to possessing was in the immediate vicinity of a large amount of narcotics and digital scales often used to weigh narcotics for distribution.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.